# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; THEODORE ARTHUR PINNOCK, An Individual,<br><br>Plaintiffs,<br>v.<br>UJS GLEN HAVEN APARTMENTS II, L.P.; and DOES 1 THROUGH 10, Inclusive<br><br>**Defendants** | Case No: 2:19cv00536 MWF (RAOx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: May 13, 2019

By: _____
Hon. Michael W. Fitzgerald
United States District Judge